No. 55, Misc.  ROOKARD *v.* UNITED STATES.  United States Court of Appeals for the District of Columbia Circuit.  Certiorari denied.

No. 56, Misc.  MEZO *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.  Petitioner *pro se.  Latham Castle,* Attorney General of Illinois, for respondent.

No. 62, Misc.  CAGE *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.  *Robert B. Johnstone* for petitioner.  *Latham Castle,* Attorney General of Illinois, for respondent.

No. 67, Misc.  DeLUCIA *v.* NEW JERSEY.  Supreme Court of New Jersey.  Certiorari denied.  Petitioner *pro se.  Grover C. Richman, Jr.,* Attorney General of New Jersey, and *Eugene T. Urbaniak,* Deputy Attorney General, for respondent.

No. 68, Misc.  TARRENCE *v.* KENTUCKY.  Court of Appeals of Kentucky.  Certiorari denied.  Petitioner *pro se.  J. D. Buckman, Jr.,* Attorney General of Kentucky, and *H. D. Reed, Jr.,* Assistant Attorney General, for respondent.

No. 69, Misc.  TARRENCE *v.* KENTUCKY.  Court of Appeals of Kentucky.  Certiorari denied.  Petitioner *pro se.  J. D. Buckman, Jr.,* Attorney General of Kentucky, and *H. D. Reed, Jr.,* Assistant Attorney General, for respondent.

No. 86, Misc.  MOYLE *v.* TEETS, WARDEN, ET AL.  Supreme Court of California.  Certiorari denied.  Petitioner *pro se.  Edmund G. Brown,* Attorney General, *Clarence A. Linn,* Chief Assistant Attorney General, and *Arlo E. Smith,* Deputy Attorney General, for the State of California, respondent.